**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Utah_____
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Little Road Co., LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Lulu & Roo, LLC

3. **Debtor's federal Employer Identification Number** (EIN)

   47-2901024

4. **Debtor's address**

   **Principal place of business**

   831 E. Pioneer Rd. #103
   Number    Street

   Draper           UT       84020
   City             State    ZIP Code

   Salt Lake
   County

   **Mailing address, if different from principal place of business**

   Number    Street

   P.O. Box

   City             State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City             State    ZIP Code

5. **Debtor's website** (URL)  www.littleroad.com

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor  Little Road Co. LLC_____    Case number (*if known*)_____
      Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☒ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4 4 8 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check **all** that apply*:

     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor  Little Road Co., LLC_____    Case number (if known)_____
       Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No

   ☐ Yes.    District _____    When _____    Case number _____
                                              MM / DD / YYYY

   If more than 2 cases, attach a separate list.

              District _____    When _____    Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No

    ☐ Yes.   Debtor _____    Relationship _____

             District _____    When _____
                                                              MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

             Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No    (The Debtor leases real property, but it is not in need of immediate attention)

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number    Street

    _____

    _____    _____    _____
    City                                       State    ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____

            Contact name _____

            Phone _____

**Statistical and administrative information**

Debtor  Little Road Co., LLC_____   Case number (if known)_____
        Name

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☒ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/2023
            MM / DD / YYYY

✗ /s/ Sydni Sorensen                                    Sydni Sorensen
Signature of authorized representative of debtor         Printed name

Title  Managing Member

Debtor   Little Road Co., LLC_____   Case number (*if known*)_____
       Name

**18. Signature of attorney**    ✗ *[signature: T. Edward Cundick]*    Date   05/18/2023
                             Signature of attorney for debtor                                        MM  / DD / YYYY

T. Edward Cundick _____
Printed name

Workman Nydegger _____
Firm name

60 E. South Temple, Ste. 1000 _____
Number    Street

Salt Lake City _____   UT_____   84111_____
City                                             State       ZIP Code

801-321-8873 _____   `_____ Email address
Contact phone

 10451_____   UT_____
Bar number                                     State

Case 23-22020   Doc 1   Filed 05/18/23   Entered 05/18/23 15:22:01   Desc Main
Document   Page 5 of 17

100828 04/08/2022 10:36 AM

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2021, or tax year beginning _____, ending _____.
◆ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123
**2021**

| | | |
|---|---|---|
| **A** Principal business activity: Internet Ret | Name of partnership: **Lulu and Roo LLC** | **D** Employer identification number: **47-2901024** |
| **B** Principal product or service: Clothing | Number, street, and room or suite no.: **1325 S 500 E** | **E** Date business started: **01/01/2014** |
| **C** Business code number: **448190** | City or town, state or province, country, and ZIP: **American Fork   UT 84003** | **F** Total assets: **$596,456** |

Type or Print

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
**H** Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ◆
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ◆ **3**
**J** Check if Schedules C and M-3 are attached ◆ ☐
**K** Check if partnership: (1) ☐ Aggregated activities for section 465 at-risk purposes  (2) ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

## Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a  5,259,108 | |
| b | Returns and allowances | 1b  1,075,421 | |
| c | Balance. Subtract line 1b from line 1a | 1c | 4,183,687 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 2,934,562 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,249,125 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement)   See Statement 1 | 7 | 1,184 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 1,250,309 |

## Deductions (see instructions for limitations)

| Line | Description | | Amount |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | 559,702 |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | 2,598 |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | 60,134 |
| 14 | Taxes and licenses | 14 | 28,564 |
| 15 | Interest (see instructions)   See Statement 2 | 15 | 27,777 |
| 16a | Depreciation (if required, attach Form 4562) | 16a  29,162 | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | |
| | | 16c | 29,162 |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach statement)   See Statement 3 | 20 | 1,075,065 |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 1,783,002 |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | -532,693 |

## Tax and Payment

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 23 | |
| 24 | Interest due under the look-back method—income forecast method (attach Form 8866) | 24 | |
| 25 | BBA AAR imputed underpayment (see instructions) | 25 | |
| 26 | Other taxes (see instructions) | 26 | |
| 27 | **Total balance due.** Add lines 23 through 26 | 27 | |
| 28 | Payment (see instructions) | 28 | |
| 29 | **Amount owed.** If line 28 is smaller than line 27, enter amount owed | 29 | |
| 30 | **Overpayment.** If line 28 is larger than line 27, enter overpayment | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____   Date _____

May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes   ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name: **Garth Simpson, CPA** | Preparer's signature: **Garth Simpson, CPA** | Date: **04/08/22** | Check ☐ if self-employed | PTIN: **P01366929** |
| Firm's name: ◆ **Squire & Company, PC** | | | | Firm's EIN: ◆ **87-0343246** |
| Firm's address: ◆ **1329 South 800 East   Orem, UT   84097-7737** | | | Phone no.: **801-225-6900** | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2021)

DAA

Form 1065 (2021) **Lulu and Roo LLC**     47-2901024     Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |
| **a** | ☐ Domestic general partnership    **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company    **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership    **f** ☐ Other ◆ | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2021, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ◆ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | X | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions **See Statement 4** | | X |

Form **1065** (2021)

DAA

Form 1065 (2021) **Lulu and Roo LLC**     47-2901024     Page **3**

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ 0 | | |
| 16a | Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions | X | |
| b | If "Yes," did you or will you file required Form(s) 1099? | X | |
| 17 | Enter the number of Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ 0 | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ 0 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ▶ $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ▶ | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:    By Vote    By Value | | X |
| 29 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 ▶ _____ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶

| U.S. address of PR ▶ | U.S. phone number of PR ▶ |
|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual ▶ | U.S. phone number of designated individual ▶ |
|---|---|

DAA                  Form **1065** (2021)

Form 1065 (2021)  **Lulu and Roo LLC**                                      47-2901024                          Page **4**

### Schedule K — Partners' Distributive Share Items

| | | Total amount |
|---|---|---:|
| **Income (Loss)** | | |
| 1 | Ordinary business income (loss) (page 1, line 22) | −532,693 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | |
| 3a | Other gross rental income (loss) | |
| b | Expenses from other rental activities (attach statement) | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | |
| 4 | Guaranteed payments: a Services  b Capital | |
| c | Total. Add lines 4a and 4b | |
| 5 | Interest income | |
| 6 | Dividends and dividend equivalents: a Ordinary dividends | |
| b | Qualified dividends   c Dividend equivalents | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| b | Collectibles (28%) gain (loss) | |
| c | Unrecaptured section 1250 gain (attach statement) | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | |
| 11 | Other income (loss) (see instructions) Type ◆ | |
| **Deductions** | | |
| 12 | Section 179 deduction (attach Form 4562) | 0 |
| 13a | Contributions | |
| b | Investment interest expense | |
| c | Section 59(e)(2) expenditures (1) Type ◆   (2) Amount ◆ | |
| d | Other deductions (see instructions) Type ◆ | |
| **Self-Employment** | | |
| 14a | Net earnings (loss) from self-employment | −526,774 |
| b | Gross farming or fishing income | |
| c | Gross nonfarm income | 1,236,417 |
| **Credits** | | |
| 15a | Low-income housing credit (section 42(j)(5)) | |
| b | Low-income housing credit (other) | |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | |
| d | Other rental real estate credits (see instructions)  Type ◆ | |
| e | Other rental credits (see instructions)  Type ◆ | |
| f | Other credits (see instructions)  Type ◆ **See Statement 5** | 10,892 |
| **International Transactions** | | |
| 16 | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | |
| **Alternative Minimum Tax (AMT) Items** | | |
| 17a | Post-1986 depreciation adjustment | |
| b | Adjusted gain or loss | |
| c | Depletion (other than oil and gas) | |
| d | Oil, gas, and geothermal properties – gross income | |
| e | Oil, gas, and geothermal properties – deductions | |
| f | Other AMT items (attach statement) | |
| **Other Information** | | |
| 18a | Tax-exempt interest income | |
| b | Other tax-exempt income **See Statement 6** | 83,192 |
| c | Nondeductible expenses **See Statement 7** | 8,235 |
| 19a | Distributions of cash and marketable securities | 218,830 |
| b | Distributions of other property | |
| 20a | Investment income | |
| b | Investment expenses | |
| c | Other items and amounts (attach statement) **See Statement 8** | |
| 21 | Total foreign taxes paid or accrued | |

Form **1065** (2021)

Form 1065 (2021)  Lulu and Roo LLC  47-2901024  Page 5

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 — **-532,693**

2 Analysis by partner type:

| | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | | -532,693 | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 71,151 | | 23,114 |
| 2a | Trade notes and accounts receivable | | | 63,124 | |
| b | Less allowance for bad debts | | | | 63,124 |
| 3 | Inventories | | | | 500,337 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) See Stmt 9 | | 51,462 | | 9,881 |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 9,378 | | 38,539 | |
| b | Less accumulated depreciation | 9,378 | 0 | 38,539 | 0 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | 0 | |
| b | Less accumulated amortization | | | 0 | 0 |
| 13 | Other assets (attach statement) | | | | |
| 14 | Total assets | | 122,613 | | 596,456 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | 71,359 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 | Other current liabilities (attach statement) See Stmt 10 | | 241,885 | | 648,533 |
| 18 | All nonrecourse loans | | | | |
| 19a | Loans from partners (or persons related to partners) | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more | | 76,783 | | 476,691 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -196,055 | | -600,127 |
| 22 | Total liabilities and capital | | 122,613 | | 596,456 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | -457,046 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| --- | --- | --- | --- | --- | --- |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ See Statement 12  83,192 | 83,192 |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): | | a | Depreciation $ See Statement 13  690 | 690 |
| a | Depreciation $ | | 8 | Add lines 6 and 7 | 83,882 |
| b | Travel and entertainment $ See Statement 11  8,235 | 8,235 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | -532,693 |
| 5 | Add lines 1 through 4 | -448,811 | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | -196,055 | 6 | Distributions: a Cash | 218,830 |
| --- | --- | --- | --- | --- | --- |
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) (see instructions) | -449,501 | | | |
| 4 | Other increases (itemize): See Stmt 14  396,023 | 396,023 | 8 | Add lines 6 and 7 | 218,830 |
| 5 | Add lines 1 through 4 | -249,533 | 9 | Balance at end of year. Subtract line 8 from line 5 | -468,363 |

DAA  Form **1065** (2021)

| Form **1125-A** (Rev. November 2018) Department of the Treasury Internal Revenue Service | **Cost of Goods Sold**  ◆ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.  ◆ Go to *www.irs.gov/Form1125A* for the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name | Employer identification number |
|---|---|
| Lulu and Roo LLC | 47-2901024 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | 1,424,843 |
| 3 | Cost of labor | 3 | 1,286,203 |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)    See Statement 15 | 5 | 723,853 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 3,434,899 |
| 7 | Inventory at end of year | 7 | 500,337 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 2,934,562 |

**9a** Check all methods used for valuing closing inventory:
  (i) [X] Cost
  (ii) [ ] Lower of cost or market
  (iii) [ ] Other (Specify method used and attach explanation.) ◆
**b** Check if there was a writedown of subnormal goods ◆ [ ]
**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ◆ [ ]
**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO    **9d**
**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions    [ ] Yes  [X] No
**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation    [ ] Yes  [X] No

For Paperwork Reduction Act Notice, see instructions.    Form **1125-A** (Rev. 11-2018)

DAA

# Little Road Co

## Balance Sheet
### As of December 31, 2021

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       Brex | 1,000.00 |
|       Central Bank | 100.00 |
|       PayPal Account | 1,809.02 |
|       UCCU | 20,204.95 |
|     **Total Bank Accounts** | **$23,113.97** |
|     Accounts Receivable | |
|       Accounts Receivable | 63,124.03 |
|     **Total Accounts Receivable** | **$63,124.03** |
|     Other Current Assets | |
|       Inventory | |
|         Finished Goods | 301,692.25 |
|         Raw Materials | 34,118.40 |
|         WIP - Fabric at Mfg | 164,526.63 |
|       **Total Inventory** | **500,337.28** |
|       Merchant Receivable | 0.00 |
|       Afterpay Receivable | 1,597.25 |
|       Amazon Seller Central Receivable | 332.43 |
|       Facebook Receivable | 0.00 |
|       Instagram | 0.00 |
|       PayPal Receivable | 0.00 |
|       Shopify Receivable | 7,067.84 |
|       ShopPay Receivable | 883.26 |
|     **Total Merchant Receivable** | **9,880.78** |
|       Prepaid Inventory | 0.00 |
|       Uncategorized Asset | 0.00 |
|       Undeposited Funds | 0.00 |
|     **Total Other Current Assets** | **$510,218.06** |
|   **Total Current Assets** | **$596,456.06** |
|   Fixed Assets | |
|     Fixed Assets | 9,377.73 |
|     Fixed Asset Computers | 17,582.58 |
|     Fixed Asset Furniture | 11,579.18 |
|   **Total Fixed Assets** | **38,539.49** |
|   **Total Fixed Assets** | **$38,539.49** |
| **TOTAL ASSETS** | **$634,995.55** |

Note: Financial Statements were believed to be final, but mistakes have been identified, and it is likely these financial statements will need to be amended. 2022 Financial Statements exist, but have not be finalized; adjusting journal entires are needed, and mistakes need to be fixed.

# Little Road Co

## Balance Sheet
### As of December 31, 2021

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable | 71,359.32 |
|       **Total Accounts Payable** | **$71,359.32** |
|       Credit Cards | |
|         American Express - 3005 | 175,376.90 |
|         Brex CC | 0.00 |
|         Divvy Bill Pay | 0.00 |
|         Divvy Credit Card | 14,400.34 |
|       **Total Credit Cards** | **$189,777.24** |
|       Other Current Liabilities | |
|         Accrued Expenses | 30,785.33 |
|         Accrued Payroll Expense | 64,320.23 |
|         Accrued Royalty | 0.00 |
|         Gift Cards Payable | 34,766.13 |
|         Payroll Liabilities | 0.00 |
|         Sales Tax Payable | 9,770.36 |
|         Shopify Rev Share Loan | 334,249.39 |
|         Wayflyer Loan | 61,035.60 |
|       **Total Other Current Liabilities** | **$534,927.04** |
|     **Total Current Liabilities** | **$796,063.60** |
|     Long-Term Liabilities | |
|       Central Bank Loan - 0096 | 336,229.07 |
|       Central Bank Loan - 2853 | 140,461.72 |
|       PPP Loan | 0.00 |
|       SBA Loan | 0.00 |
|     **Total Long-Term Liabilities** | **$476,690.79** |
|   **Total Liabilities** | **$1,272,754.39** |
|   Equity | |
|     Owner's Draw - J | 0.00 |
|     Owner's Draw - S | -47,518.72 |
|     Retained Earnings | -342,902.93 |
|     Sidney Distributions - Note Jori | -154,040.86 |
|     Sidney New Shares (Loan) | 425,000.00 |
|     Net Income | -518,296.33 |
|   **Total Equity** | **$ -637,758.84** |
| **TOTAL LIABILITIES AND EQUITY** | **$634,995.55** |

# Little Road Co

## Profit and Loss
January - December 2021

|  | TOTAL |
|---|---:|
| **Income** | |
|   Product Sales | 5,230,259.42 |
|     Discounts | -746,655.49 |
|     Returns | -189,453.77 |
|     Returns Gift Card | -139,311.67 |
|   **Total Product Sales** | **4,154,838.49** |
|   Shipping Income | 38,969.82 |
|   Warehouse Sales | 25,762.41 |
|   Wholesale | 63,124.03 |
| **Total Income** | **$4,282,694.75** |
| **Cost of Goods Sold** | |
|   Direct Costs | 325,796.69 |
|     Inbound Freight+Duty | 40,437.03 |
|     Inventory Adjustment | -115,376.20 |
|     Materials & Supplies | 785,444.53 |
|     Product Labor | 1,286,203.24 |
|   **Total Direct Costs** | **2,322,505.29** |
|   Etsy Fees | 388.25 |
|   Fulfillment Expenses | |
|     Delivery Outbound | 303,464.34 |
|     Fulfillment 3PL | 190,809.44 |
|     Royalties | 38,816.73 |
|   **Total Fulfillment Expenses** | **533,090.51** |
|   PayPal Fees | 48,430.21 |
| **Total Cost of Goods Sold** | **$2,904,414.26** |
| **GROSS PROFIT** | **$1,378,280.49** |
| **Expenses** | |
|   Admins Cost Store Credit | 34,475.00 |
|   Advertising | 473,855.71 |
|   Auto | 1,770.02 |
|   Bank Charges | 832.33 |
|   Bank Merchant fees | |
|     Afterpay Merchant fees | 51,921.42 |
|     Amazon Merchant fees | 4,358.97 |
|     Merchant Fees Monthly | 1,435.75 |
|     Shopify Merchant Fees | 76,008.21 |
|   **Total Bank Merchant fees** | **133,724.35** |
|   Dues & Subscriptions | 5,491.25 |
|   Gifts | 130.95 |
|   Insurance | 8,698.19 |

# Little Road Co

## Profit and Loss
### January - December 2021

|  | TOTAL |
|---|---:|
| Insurance - Liability | 6,637.28 |
| Loan Fees | 6,005.00 |
| Marketing | 204,771.70 |
| Meals and Entertainment | 9,668.43 |
| Office Expenses | 29,133.96 |
| Owner Payments | 50,124.67 |
| Payroll | |
|   Payroll Taxes | 28,544.13 |
|   Processing Fees | 1,581.37 |
|   Wages | 605,087.25 |
| **Total Payroll** | **635,212.75** |
| Professional & Legal Services | 74,221.79 |
| Professional Services-Accounting | 40,804.70 |
| R&D | 59,390.60 |
| Recruiting | 24,095.78 |
| Rent or Lease | 60,134.01 |
| Repair & Maintenance | 2,597.86 |
| Shipping | 5,357.12 |
| Software | 68,185.05 |
| Subcontractors | 5,248.04 |
| Taxes & Licenses | 20.00 |
| Travel | 5,298.55 |
| Utilities | 7,290.40 |
| **Total Expenses** | **$1,953,175.49** |
| **NET OPERATING INCOME** | **$ -574,895.00** |
| Other Income | |
|   CC Rewards | 1,183.60 |
|   Loan Forgiveness | 6,409.77 |
|   PPP Loan Forgiveness | 76,782.50 |
| **Total Other Income** | **$84,375.87** |
| Other Expenses | |
|   Interest Expense | 27,777.20 |
| **Total Other Expenses** | **$27,777.20** |
| **NET OTHER INCOME** | **$56,598.67** |
| **NET INCOME** | **$ -518,296.33** |

# Little Road Co

## Statement of Cash Flows
### January - December 2021

|  | TOTAL |
|---|---:|
| **OPERATING ACTIVITIES** |  |
| Net Income | -518,296.33 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
|   Accounts Receivable | -63,124.03 |
|   Inventory:Finished Goods | -301,692.25 |
|   Inventory:Raw Materials | -34,118.40 |
|   Inventory:WIP - Fabric at Mfg | -164,526.63 |
|   Merchant Receivable | 0.00 |
|   Merchant Receivable:Afterpay Receivable | 22,856.21 |
|   Merchant Receivable:Amazon Seller Central Receivable | 2,599.94 |
|   Merchant Receivable:Facebook Receivable | 0.00 |
|   Merchant Receivable:Instagram | 0.00 |
|   Merchant Receivable:PayPal Receivable | 261.28 |
|   Merchant Receivable:Shopify Receivable | 16,747.30 |
|   Merchant Receivable:ShopPay Receivable | -883.26 |
|   Prepaid Inventory | 0.00 |
|   Accounts Payable | 71,359.32 |
|   American Express - 3005 | 38,625.41 |
|   Brex CC | 0.00 |
|   Divvy Bill Pay | -35,883.01 |
|   Divvy Credit Card | 13,028.51 |
|   Accrued Expenses | 30,785.33 |
|   Accrued Payroll Expense | 64,320.23 |
|   Accrued Royalty | 0.00 |
|   Gift Cards Payable | 20,452.31 |
|   Other Current Liabilities (deleted) | -15,996.93 |
|   PayPal Loan (deleted) | -56,220.02 |
|   Payroll Liabilities | 0.00 |
|   Sales Tax Payable | -7,461.04 |
|   Shopify Rev Share Loan | 334,249.39 |
|   Wayflyer Loan | 61,035.60 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-3,584.74** |
| **Net cash provided by operating activities** | **$ -521,881.07** |
| **INVESTING ACTIVITIES** |  |
|   Fixed Assets:Fixed Asset Computers | -17,582.58 |
|   Fixed Assets:Fixed Asset Furniture | -11,579.18 |
| **Net cash provided by investing activities** | **$ -29,161.76** |
| **FINANCING ACTIVITIES** |  |
|   Central Bank Loan - 0096 | 336,229.07 |
|   Central Bank Loan - 2853 | 140,461.72 |
|   PPP Loan | -66,782.50 |
|   SBA Loan | -10,000.00 |
|   Owner's Draw - J | 593,878.79 |

# Little Road Co

## Statement of Cash Flows

January - December 2021

|  | TOTAL |
|---|---:|
| Owner's Draw - S | -47,518.72 |
| Retained Earnings | -322,075.19 |
| Sidney Distributions - Note Jori | -121,187.10 |
| **Net cash provided by financing activities** | **$503,006.07** |
| NET CASH INCREASE FOR PERIOD | **$ -48,036.76** |
| Cash at beginning of period | 71,150.73 |
| CASH AT END OF PERIOD | **$23,113.97** |